UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NICHOLAS BATTLE, *et al.*,

    Plaintiffs,

    v.

ABBOTT LABORATORIES, INC.,

    Defendant.

Case No. 12-cv-694-JPG-PMF

## MEMORANDUM AND ORDER

Upon review, it appears that this case is related to: *Alexander, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-52-GPM-DGW; *Bartolini, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-53-GPM-DGW; *Book, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-54-GPM-DGW; *Brumfield, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-55-GPM-DGW; *Harris, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-163-GPM-SCW; *Pyszkowski, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-56-GPM-DGW; and *Woolfolk, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-57-GPM-DGW. All of those cases were assigned to the Honorable G. Patrick Murphy. Accordingly, to preserve judicial economy, for the convenience of the parties and to avoid inconsistent judgments, the undersigned judge hereby **TRANSFERS** this case to Judge Murphy for all further proceedings. All further documents shall bear Case No. 12-cv-694-GPM-PMF.

**IT IS SO ORDERED.**
**DATED: July 10, 2012**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**